[Nos. 1731-2; 1730-2. Division Two. July 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. BENNIE JAY ARMSTRONG, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Kitsap County, Nos. C–1613, C–1615, Terence Hanley, J., entered January 20, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 2369-2. Division Two. July 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN ROY EATON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 4246, Gerald B. Chamberlin, J., entered December 19, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1793-3. Division Three. July 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. REUBEN M. FLORES, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65639, Albert N. Bradford, J., entered December 17, 1975. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.